# PERKINSCOIe

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T. +1.206.359.8000
F. +1.206.359.9000
PerkinsCoie.com

March 13, 2017

Ronald L. Berenstain
RBerenstain@perkinscoie.com
D. +1.206.359.8477
F. +1.206.359.9477

*VIA ECF*

The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** **Fresno County Employees' Retirement Association, et al. v. comScore, Inc., et al.;
Case No. 1:16-cv-01820-JGK**

Dear Judge Koeltl:

We are counsel in the above-referenced action for Rentrak Corporation and its former Directors/Officers David Boylan, David I. Chemerow, William Engel, Patricia Gottesman, William Livek, Anne MacDonald, Martin O'Connor, Brent Rosenthal and Ralph Shaw (collectively, the "Rentrak Defendants").

Contemporaneously with this letter, we are filing papers in support of the Rentrak Defendants' Motion to Dismiss Count IV of the Second Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws. In accord with paragraph 2(F) of the document entitled "Individual Practices of Judge John G. Koeltl," we request oral argument on the Rentrak Defendants' motion to dismiss.

Very truly yours,

*/s/ Ronald L. Berenstain*

Ronald L. Berenstain

RLB:jeb

cc: Counsel of Record (via CM/ECF)

74182-0031/134393640.1