**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel  212-213-6996
fax 212-213-0849

Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

July 10, 2017

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Sommer v. comScore, Inc.*, 16 Cv. 1820 (JGK)

Dear Judge Koeltl:

I am counsel to Kenneth Tarpey, a defendant in this action. Earlier today I sent the Court a letter seeking an adjournment of the date for oral argument on defendants' motion to dismiss. There, I stated that plaintiffs consent to the proposed adjournment. Plaintiffs in fact proposed specific language for the letter, which I inadvertently failed to include, and do so now: Plaintiffs are available to proceed on July 19, but do not object to moving the argument to a date more convenient to the defendants. My letter also states that the next dates on which all counsel are available are August 31, September 7, 4, 15, 20 and 21. September 4 is an error; counsel are all available on September 14, as well as the other dates mentioned.

Sincerely,

Joanna C. Hendon