```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC# _____
                                        DATE FILED: __7-11-17__

FRESNO COUNTY EMPLOYEES'
RETIREMENT ASSOCIATION ET AL.,
individually and on behalf
of all others similarly situated,

        Plaintiffs,      16-cv-1820 (JGK)

  - against -

COMSCORE, INC. ET AL.,      ORDER

        Defendants.

JOHN G. KOELTL, District Judge:

    Oral argument is rescheduled for **July 14, 2017** at **3:00 p.m.**

    The Court will not delay oral argument for over a month.

SO ORDERED.

Dated:    New York, New York
          July 11, 2017

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge