# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3746
NYADAVA@JONESDAY.COM

September 13, 2017

BY ECF

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Fresno County Employees' Retirement Association, et al. v. comScore, Inc., et al.*
*Case No. 1:16-cv-01820 (JGK)*

Dear Judge Koeltl:

We represent Defendants comScore, Inc., William J. Henderson, Russell Fradin, Gian M. Fulgoni, William Katz, Ronald J. Korn, and Joan Lewis (collectively, the "comScore Defendants") in the above-captioned action. We write on behalf of all parties in this action.

For the reasons set forth in the Stipulation and [Proposed] Order Regarding Stay of Proceedings attached hereto, including the settlement reached between the Plaintiffs and the comScore Defendants on September 10, 2017, all Plaintiffs and all Defendants in this action respectfully request that the Court stay this action and all deadlines, including Defendants' obligation to answer the Second Consolidated Class Action Complaint on September 13, 2017, until November 30, 2017.

Dated: New York, New York
September 13, 2017

Respectfully Submitted,

/s/ Nina Yadava

JONES DAY
Nina Yadava (NY-5782)
nyadava@jonesday.com
250 Vesey Street
New York, New York 10281
Tel: 212.326.3939
Fax: 212.755.7306

*Attorney for comScore, Inc., William J. Henderson, Russell Fradin, Gian M. Fulgoni, William Katz, Ronald J. Korn, and Joan Lewis*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, and WILLIAM HUFF, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>v.<br>COMSCORE, INC., SERGE MATTA, MELVIN WESLEY III, MAGID M. ABRAHAM, KENNETH J. TARPEY, WILLIAM J. HENDERSON, RUSSELL FRADIN, GIAN FULGONI, WILLIAM KATZ, RONALD J. KORN, JOAN LEWIS, RENTRAK CORPORATION, DAVID BOYLAN, DAVID I. CHEMEROW, WILLIAM ENGEL, PATRICIA GOTTESMAN, WILLIAM LIVEK, ANNE MACDONALD, MARTIN O'CONNOR, BRENT ROSENTHAL, and RALPH SHAW<br>Defendants. | Case No. 1:16-cv-01820-JGK |

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING STAY OF PROCEEDINGS**

WHEREAS, on March 10, 2016, the initial complaint in the above-captioned action was filed (ECF No. 1);

WHEREAS, on July 19, 2016, the Court appointed the Fresno County Employees' Retirement Association and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge as the lead plaintiffs in this action (the "Plaintiffs") and approved the selection of Bernstein Litowitz Berger & Grossmann LLP to serve as lead counsel for the class (ECF No. 41);

WHEREAS, on October 12, 2016, certain of the Defendants filed a motion to stay discovery in actions captioned *In re Rentrak Corporation Shareholders Litig.*, No.

15CV27429 (Multnomah County Circuit Court, Oregon) and *Nathan v. Matta, et al.*, No. 16CV32458 (Multnomah County Circuit Court, Oregon), pending in Oregon state court and requested that the Court impose an expedited briefing schedule on the issue (ECF No. 52-55);

WHEREAS, on October 17, 2016, the Court held a telephonic conference on Defendants' motion to stay discovery in the Oregon actions;

WHEREAS, on October 18, 2016, the Plaintiffs filed their response to the motion to stay discovery in the Oregon actions (ECF No. 81), and on October 21, 2016, the Defendants filed their reply to the Plaintiffs' response (ECF No. 89);

WHEREAS, on October 19, 2016, the Plaintiffs filed the Consolidated Amended Complaint (ECF No. 83);

WHEREAS, on October 27, 2016, the Court held oral argument on the Defendants' motion to stay discovery in the Oregon actions;

WHEREAS, on October 28, 2016, the Court denied the motion to stay discovery in the Oregon actions;

WHEREAS, on December 9, 2016, the Defendants moved to dismiss the Consolidated Amended Complaint (ECF Nos. 158-167);

WHEREAS, on January 13, 2017, the Plaintiffs filed the Second Consolidated Amended Class Action Complaint (the "Second Amended Complaint") (ECF No. 172);

WHEREAS, the Second Amended Complaint alleges claims against defendants comScore, Inc. ("comScore"), Magid M. Abraham, Russell Fradin, Gian M. Fulgoni, William J. Henderson, William Katz, Ronald J. Korn, Joan Lewis, Serge Matta, Kenneth J. Tarpey and Melvin Wesley, III (collectively, the "comScore Defendants") for violation of Sections 10(b),

14(a), and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§78(j), 78(t), 79n(a); Section 11 of the Securities Act of 1933, 15 U.S.C. §77k; and Securities and Exchange Commission Rules 10b-5, 17 C.F.R. §240.10b-5, and 14a-9, 17 C.F.R. §240.14a-9, and against defendants Rentrak Corporation, David Boylan, David I. Chemerow, William Engel, Patricia Gottesman, William Livek, Anne MacDonald, Martin O'Connor, Brent Rosenthal and Ralph Shaw (collectively, the "Rentrak Defendants") for violation of Section 14(a) of the Securities Exchange Act, 15 U.S.C. §79n(a), and Securities and Exchange Commission Rule 14a-9, 17 C.F.R. §240.14a-9.

WHEREAS, on March 13, 2017, the Defendants moved to dismiss the Second Amended Complaint (ECF Nos. 185-199);

WHEREAS, on April 13, 2017, the Plaintiffs filed their opposition to the Defendants' motions to dismiss (ECF Nos. 202-204);

WHEREAS, on April 27, 2017, the Defendants filed their replies in response to Plaintiffs' opposition to the Defendants' motions to dismiss (ECF Nos. 211-216);

WHEREAS, on July 14, 2017, the Court held oral argument on Defendants' motions to dismiss;

WHEREAS, on July 28, 2017, the Court denied the Defendants' motions to dismiss (ECF No. 228);

WHEREAS, on August 17, 2017, Plaintiffs and the comScore Defendants engaged in a full day private mediation session with Hon. Layn Phillips in an attempt to reach a consensual resolution of this matter;

WHEREAS, on September 10, 2017, Plaintiffs and the comScore Defendants entered into a term sheet documenting the settlement pursuant to which the class will receive a total of $27.2 million in cash and $82.8 million in comScore common stock to be issued by comScore;

WHEREAS, Plaintiffs intend to voluntarily dismiss the claims against the Rentrak Defendants in light of the court approval of the class action settlement in *In re Rentrak Corporation Shareholders Litigation*, 15cv27429 (Multnomah County, Oregon), which occurred on September 12, 2017.

WHEREAS, Plaintiffs and the comScore Defendants continue to document the remaining terms of the settlement and currently expect to finalize a stipulation of settlement by mid-October, and to file a motion for preliminary approval with the Court by early November.

WHEREAS, the Defendants are currently required to answer the Complaint by September 13, 2017 (ECF Nos. 231, 233);

WHEREAS, the parties have agreed that a stay of the proceedings in the Action is appropriate under the circumstances and will facilitate the finalization of the stipulation of settlement and preliminary approval motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the Court's approval, as follows:

1. This action shall be stayed until November 30, 2017, and all deadlines shall be extended accordingly while the Plaintiffs and the comScore Defendants finalize the stipulation of settlement and prepare the motion for preliminary approval and Plaintiffs voluntarily dismiss the claims against the Rentrak Defendants.

SO ORDERED.

Dated: September 15, 2017

JESSE M. FURMAN
United States District Judge
(Part I - on behalf of Judge Koeltl)

Case 1:16-cv-01820-JGK Document 236-1 Filed 09/13/17 Page 6 of 7

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

John Browne /RCM

John Browne
Jai Chandrasekhar
Jesse L. Jensen
Kate Aufses
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
JohnB@blbglaw.com
Jai@blbglaw.com
Jesse.Jensen@blbglaw.com
Kate.Aufses@blbglaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

**KESSLER TOPAZ MELTZER & CHECK LLP**

Sharan Nirmul /RCM

Sharan Nirmul
Margaret E. Onasch
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
monasch@ktmc.com

*Counsel for Plaintiff William Huff*

**JONES DAY**

Robert C. Micheletto
Nidhi (Nina) Yadava
250 Vesey Street, 30th Floor
New York, NY 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
Rmicheletto@jonesday.com
Nyadava@jonesday.com

*Attorneys for comScore, Inc., William J. Henderson, Russell Fradin, Gian M. Fulgoni, William Katz, Ronald J. Korn, and Joan Lewis*

**STEPTOE & JOHNSON LLP**

Jennifer Quinn-Barabanov /RCM

Jennifer Quinn-Barabanov (admitted pro hac vice)
Christopher Conte (admitted pro hac vice)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8027
Facsimile: (202) 429-3902

*Attorneys for Defendant Serge Matta*

**HOGAN LOVELLS U.S. LLP**

Michael Kelly /RCM

Michael P. Kelly
Douglas B. Paul (admitted pro hac vice)
Sarah C. Wang (admitted pro hac vice)
555 Thirteenth Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-5533
Facsimile: (202) 637-5910

*Attorneys for Defendant Melvin Wesley, III*

**WILLIAMS & CONNOLLY LLP**

John Williams/RCM

John S. Williams
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5646
Facsimile: (202) 434-5029

*Attorneys for Defendant Magid M. Abraham*

**SPEARS & IMES LLP**

Joanna Hendon/RCM

Joanna C. Hendon
Jonathan Fayer
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-6553
Fax: (212) 213-0849

*Attorneys for Defendant Kenneth J. Tarpey*

**PERKINS COIE LLP**

Ronald Berenstain/RCM

Ronald L. Berenstain (admitted pro hac vice)
Sean C. Knowles (admitted pro hac vice)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3095
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com

*Attorneys for Defendants Rentrak Corporation, David Boylan, David I. Chemerow, William Engel, Patricia Gottesman, William Livek, Anne MacDonald, Martin O'Connor, Brent Rosenthal and Ralph Shaw*