UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, and WILLIAM HUFF, Individually and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiffs,<br><br>            v.<br><br>COMSCORE, INC., SERGE MATTA, MELVIN WESLEY III, MAGID M. ABRAHAM, KENNETH J. TARPEY, WILLIAM J. HENDERSON, RUSSELL FRADIN, GIAN FULGONI, WILLIAM KATZ, RONALD J. KORN, JOAN LEWIS, RENTRAK CORPORATION, DAVID BOYLAN, DAVID I. CHEMEROW, WILLIAM ENGEL, PATRICIA GOTTESMAN, WILLIAM LIVEK, ANNE MACDONALD, MARTIN O'CONNOR, BRENT ROSENTHAL, and RALPH SHAW,<br><br>                                  Defendants. | Case No. 1:16-cv-01820-JGK |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE SETTLEMENT CLASS, (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS, AND (IV) A HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated December 28, 2017 (the "Stipulation"), attached hereto as Exhibit 1; the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Providing for Notice and its exhibits attached hereto as Exhibit 2; the accompanying memorandum of law and the accompanying declaration of Jesse L. Jensen in support thereof, and all exhibits attached thereto; and all other papers and proceedings herein, Lead Plaintiffs the Fresno County Employees' Retirement Association ("Fresno") and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("Baton Rouge"; together with Fresno, "Lead Plaintiffs"), and Named Plaintiff William Huff ("Huff"; together with Lead Plaintiffs, "Plaintiffs") hereby move

this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement as within the range of fairness, reasonableness and adequacy; (ii) certifying the Settlement Class and appointing Plaintiffs as Class Representatives and Lead Counsel as Class Counsel, for purposes of the Settlement only; (iii) approving the proposed form and manner of notice to Settlement Class Members; and (iv) scheduling a date and time for the Settlement Hearing to consider final approval of the Settlement and related matters.[1]  Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

Dated:   January 12, 2018                                    Respectfully submitted,

 /s/ John C. Browne
**BERNSTEIN LITOWITZ BERGER &**
 **GROSSMANN LLP**
John C. Browne
Jai Chandrasekhar
Jesse L. Jensen
Kate W. Aufses
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
JohnB@blbglaw.com
Jai@blbglaw.com
Jesse.Jensen@blbglaw.com
Kate.Aufses@blbglaw.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Margaret E. Onasch
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
snirmul@ktmc.com
monasch@ktmc.com

*Counsel for Named Plaintiff William Huff*