UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRESNO COUNTY EMPLOYEES
RETIREMENT ASSOCIATION, et al.,
                                    Plaintiffs,

                    -against-

COMSCORE, INC., et al.,
                                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___/-/7-/8___

16 civ 1820 (JGK)

## ORDER

A conference will be held on **Monday, January 29, 2018, at 3:00pm, regarding the**

**preliminary approval of the settlement.**

**SO ORDERED.**

JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 17, 2018