UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, and WILLIAM HUFF, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., SERGE MATTA, MELVIN WESLEY III, MAGID M. ABRAHAM, KENNETH J. TARPEY, WILLIAM J. HENDERSON, RUSSELL FRADIN, GIAN FULGONI, WILLIAM KATZ, RONALD J. KORN, JOAN LEWIS, RENTRAK CORPORATION, DAVID BOYLAN, DAVID I. CHEMEROW, WILLIAM ENGEL, PATRICIA GOTTESMAN, WILLIAM LIVEK, ANNE MACDONALD, MARTIN O'CONNOR, BRENT ROSENTHAL, and RALPH SHAW<br><br>                                        Defendants. | Case No. 1:16-cv-01820-JGK<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: __2-22-18__ |

**[~~PROPOSED~~] ORDER APPROVING REVISED NOTICE AND EXTENDING DEADLINE FOR MAILING NOTICE**

WHEREAS, by Order dated January 29, 2018 (ECF No. 256), the Court (i) preliminarily approved the proposed Settlement reached in this Action, as embodied in the Stipulation and Agreement of Settlement (ECF No. 250-1), as being fair, reasonable, and adequate to the Settlement Class, subject to further consideration at the Settlement Hearing to be conducted on June 7, 2018, and (ii) approved the form and content of the Notice to be provided to Settlement Class Members (the "Preliminary Approval Order");

WHEREAS, Lead Plaintiffs have moved the Court (i) to approve the revised Notice, and (ii) to extend the deadline in the Preliminary Approval Order for distributing the Notice (the "Notice Date") by ten (10) business days (from February 27, 2018 to March 13, 2018);

WHEREAS, the Settling Defendants do not oppose Lead Plaintiffs' motion; and

WHEREAS, the Court has found good cause for entering the following Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The revised Notice is approved in full.

2. The definition of "Notice Date" in ¶7(b) of the Preliminary Approval Order is modified from "twenty (20) business days after the date of entry of this Order" to "March 13, 2018."

3. The Preliminary Approval Order otherwise remains in full force and effect.

4. The revised Notice and the schedule for distributing Notice to the Settlement Class that is set forth in the Preliminary Approval Order, as modified by this Order, meet the requirements of Rule 23 and due process, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

**IT IS SO ORDERED.**

DATED: __2/22__, 2018

_____
Hon. John G. Koeltl
United States District Judge